

FILED
CLERK, U.S. DISTRICT COURT

MAY - 3 2018

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WALTER ELEAZAR PORTILLO,<br><br>Defendant. | Case No. 18-1081MJ<br><br>ORDER RE WAIVER OF<br>DETENTION HEARING |

I.

On May 3, 2018, Defendant made his initial appearance in this district on the Petition for Violation of the Conditions of Supervised Release filed in the United States District Court for the Southern District of Texas, Case No. 06-00690M-001. Deputy Federal Public Defender ("DFPD") Kim Savo was appointed to represent Defendant. Defendant waived a detention hearing in this district and elected to proceed with a detention hearing in the charging district. The Court ordered Assistant U.S. Attorney Skyler Cho to provide the U.S. Marshal and DFPD Kim Savo with the date and time of Defendant's appearance in the charging district no later than Monday, May 7, 2018.

Accordingly, the Court ordered Defendant remanded to the custody of the U.S. Marshal to be transported to the Southern District of Texas forthwith.

Dated: May 3, 2018

\_\_\_\_/s/_____
HON. ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE